FILED'09 OCT 13 14:04 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **SIERRA CLUB**, a non-profit corporation, **NORTHWEST ENVIRONMENTAL DEFENSE CENTER**, a non-profit corporation, **FRIENDS OF THE COLUMBIA GORGE**, a non-profit corporation, **COLUMBIA RIVERKEEPER**, a non-profit corporation, and **HELLS CANYON PRESERVATION COUNCIL**, a non-profit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>**PORTLAND GENERAL ELECTRIC COMPANY**, an Oregon Corporation,<br><br>Defendant. | Civil No.: 08-1136-HA<br><br>ORDER |

HAGGERTY, District Judge:

On this day came to be heard Plaintiffs' Unopposed Motion to Amend the Court's Order [Doc. 49] Regarding Defendant's Motion to Dismiss. Having considered the motion, the Court is of the opinion that the motion is well taken and should be GRANTED. It is, therefore,

ORDERED that this Court's Opinion and Order [Doc. 49] is amended to reflect that the portion of Claim One of Plaintiffs' Complaint that addresses one-time requirements, such as conducting performance tests within 180 days of startup, are dismissed, but those Subpart Da requirements that are on-going, such as the obligations to comply with certain emission limitations, to monitor emissions continuously, and to report periodically are not dismissed. With respect to alleged modifications of the PGE Boardman boiler, Plaintiffs' claims for

ORDER -- 1

violations of emissions limitations set forth in Paragraph 168 of the Complaint, as well as Plaintiffs' claims for violations of other ongoing requirements set forth in Paragraph 169 through 171 of Plaintiffs' Complaint, are hereby reinstated to the extent the alleged on-going violation continued past January 15, 2003.

Signed this __13__ day of __Oct__, 2009.

Ancer L. Haggerty
United States District Judge

Submitted by:

/s/ Aubrey Baldwin
Aubrey Baldwin
OSB No. 060414
(503) 768-6929

Attorney for All Plaintiffs

ORDER -- 2