**AUBREY BALDWIN, OSB No. 060414**
abaldwin@lclark.edu
**ALLISON LAPLANTE, OSB No. 02361**
laplante@lclark.edu
**TOM BUCHELE, OSB No. 081560**
tbuchele@lclark.edu
Pacific Environmental Advocacy Center
10015 SW Terwilliger Blvd.
Portland, OR 97219
(503) 768-6929, (503) 768-6894
(503) 768-6642 (fax)

**GEORGE E. HAYS, Cal. Bar No. 119904**
georgehays@mindspring.com
Attorney at Law
236 West Portal Avenue #110
San Francisco, CA 94127
(415) 566-5414

Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **SIERRA CLUB**, a non-profit corporation, **NORTHWEST ENVIRONMENTAL DEFENSE CENTER**, a non-profit corporation, **FRIENDS OF THE COLUMBIA GORGE**, a non-profit corporation, **COLUMBIA RIVERKEEPER**, a non-profit corporation, and **HELLS CANYON PRESERVATION COUNCIL**, a non-profit corporation, | Civil No.: 08-1136-HA |
| | **PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** |
| Plaintiffs, | |
| v. | **(Pursuant to Fed. R. Civ. P. 15(a)(2))** |
| **PORTLAND GENERAL ELECTRIC COMPANY**, an Oregon Corporation, | |
| Defendant. | |

Pursuant to Local Rule 7.1, the parties have conferred through counsel regarding the subject matter of Plaintiffs' motion and have been unable to resolve their dispute.

Pursuant to Federal Rule of Civil Procedure 15(a)(2), and for the reasons set forth in the accompanying Memorandum in Support of Plaintiffs' Motion for Leave to File First Amended Complaint, Plaintiffs respectfully request the Court for leave to amend their initial complaint to plead facts pertaining to subsequently discovered alterations of the Boardman boiler. Plaintiffs' proposed First Amended Complaint, attached as Exhibit 1, includes changes to paragraphs 134; 161-165; and 232.

DATED: November 1, 2010

Respectfully submitted,

/s/ Aubrey Baldwin
AUBREY BALDWIN, OSB No. 060414
Pacific Environmental Advocacy Center
10015 SW Terwilliger Blvd.
Portland, OR 97219
abaldwin@lclark.edu
(503) 768-6929