**AUBREY BALDWIN, OSB No. 060414**
abaldwin@lclark.edu
**ALLISON LAPLANTE, OSB No. 02361**
laplante@lclark.edu
**TOM BUCHELE, OSB No. 081560**
tbuchele@lclark.edu
Pacific Environmental Advocacy Center
10015 SW Terwilliger Blvd.
Portland, OR 97219
(503) 768-6929, (503) 768-6894, (503) 768-6736
(503) 768-6642 (fax)

**GEORGE E. HAYS,** *pro hac vice* **(CA Bar No. 119904)**
georgehays@mindspring.com
Attorney at Law
236 West Portal Avenue #110, San Francisco, CA 94127
(415) 566-5414

Attorneys for All Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **SIERRA CLUB**, a non-profit corporation, **NORTHWEST ENVIRONMENTAL DEFENSE CENTER**, a non-profit corporation, **FRIENDS OF THE COLUMBIA GORGE**, a non-profit corporation, **COLUMBIA RIVERKEEPER**, a non-profit corporation, and **HELLS CANYON PRESERVATION COUNCIL**, a non-profit corporation, | Civil No.: 3:08-cv-01136-HA |
| | **MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION TO DISMISS CLAIM TWO AND PARTS OF CLAIM FOUR** |
| Plaintiffs, | |
| v. | |
| **PORTLAND GENERAL ELECTRIC COMPANY**, an Oregon Corporation, | |
| Defendant. | |

Through this unopposed motion, plaintiffs move the Court to enter an Order dismissing plaintiffs' second claim for relief in the First Amended Complaint, which relates to alleged violations of the opacity standard under the New Source Performance Standards.  Plaintiffs also move to dismiss that portion of the fourth claim for relief that alleges violations of Condition 10 of PGE Boardman's 2001 Title V permit.  After reviewing material obtained in discovery from PGE and consulting with experts regarding the matter, plaintiffs believe that entering the requested order would be in the interest of justice.

Respectfully submitted this 14th day of December, 2010,

*/s/ George E. Hays*
**GEORGE E. HAYS,** *pro hac vice*
(415) 566-5414

Counsel for Plaintiffs